JULIAN M. BAUM (CA State Bar No. 130892)
ROBERT C. WEEMS
BAUM & WEEMS
9 Tenaya Lane
Novato, California 94947
Telephone: (415) 892-3152
Facsimile: (415) 892-3096

Attorneys for Plaintiff

UNTIED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| DAVID CARLETON, an individual, | Case No. C07-03299 WHA |
| Plaintiff, | DECLARATION OF ROBERT C. WEEMS |
| v. | Judge: Hon. William H. Alsup |
| | Time: 8:00 AM |
| | Date: August 9, 2007 |
| 502 GAP, INC. HEALTH INSURANCE PLAN and THE GAP, INC., in its capacity as Plan Administrator, | Ct. Rm.: 9 |
| | 19th Fl., 450 Golden Gate Ave. |
| Defendants. | San Francisco, CA |

I, Robert C. Weems, hereby declare, as follows:

1. I am a member of the Bar of this Court and a partner in the law offices of Baum & Weems, attorneys for plaintiffs. I have personal knowledge of the matters stated herein, and if called as a witness could competent testify thereto.

///

1  2. Attached hereto are true and correct copies of the following documents:

2  Exhibit 1: ADP Benefit Services Notice of COBRA Coverage Termination dated
3  02/10/2007;
4  Exhibit 2: ADP Benefit Services Notice of COBRA Coverage Termination dated
5  03/15/2007
6  Exhibit 3: ADP Benefit Services letter dated 04/04/2007 denying request that
7  COBRA continuation coverage be provided.
8  Exhibit 4: Baum & Weems letter sent to ADP Benefit Services and the Plan on
9  June 19, 2007.

11  I declare the foregoing to be true and correct under penalty of perjury under the
12  laws of the United States.  Executed July 5, 2007, at Fairfax, California.

14                                              Signed by Robert C. Weems
                                                ROBERT C. WEEMS

# EXHIBIT 1

ADP Benefit Services
P.O. Box 2998
Alpharetta, GA 30023-2998

02/10/2007

|IIIII IIIII IIII IIII IIII IIII IIII IIII|  8LCE 0108  CASTERM

David R. Carleton
3231 ALFONSO DR
CONCORD, CA 94518



Account Number: BL-8809827

**Notice of COBRA Coverage Termination**

Dear David R. Carleton:

On 12/31/2006, the COBRA continuation coverage under the Gap Inc. Health Insurance Plan (the Plan) terminates in relation to the following individual(s):

| Plan Name | Participants | *Reason Code |
|---|---|---|
| Delta Dental Plus | David R. Carleton, Marcella Carleton, Brandi Carleton, Amber Carleton | A |
| VSP Supplemental | David R. Carleton, Marcella Carleton, Brandi Carleton, Amber Carleton | A |
| Merit Behavioral Plan | David R. Carleton, Marcella Carleton, Brandi Carleton, Amber Carleton | A |
| UHC PPO Plus Field/HQ/Logistics Exem | David R. Carleton, Marcella Carleton, Brandi Carleton, Amber Carleton | A |

* The **reason codes for termination of COBRA** coverage prior to the end of the COBRA coverage period are as follows:

A. You failed to pay the applicable premium, in full, by the applicable grace date.
B. You voluntarily cancelled COBRA coverage(s).
C. You became entitled to Medicare (Part A, Part B, or both) after the date of your COBRA election.
D. You became covered, after the date of your COBRA election, under another group health plan that does not limit or exclude preexisting conditions as defined by its terms.
E. All of the company's group health plans have terminated.

**In Case of Error or for More Information**
If you believe that the termination date of your COBRA continuation coverage is inaccurate, please notify ADP Benefit Services immediately at the address noted above or call us at 1-800-522-6621. You may have the right to request a review of this termination. Please refer to your Summary Plan Description for further details regarding these rights.

**Right to Convert to an Individual Health Insurance Policy**

Depending on the reason your COBRA coverage is terminating, you may have the right to convert to an individual health insurance policy as provided by the Plan. Eligibility determination, enrollment forms, and other information can be requested through your former employer and/or insurance carrier. Note that if you qualify for the conversion policy, there may be deadlines by which you must submit your application or premium payment. If you are interested in a conversion policy, it is strongly recommended that you contact your former employer or insurance carrier immediately.

Sincerely,
ADP Benefit Services

# EXHIBIT 2

P.O. Box 2998
Alpharetta, GA 30023-2998

03/15/2007

8TWD 0111  CASTERM

David R. Carleton
3231 ALFONSO DR
CONCORD, CA 94518

Account Number: BL-8809827

**Notice of COBRA Coverage Termination**

Dear David R. Carleton:

On 01/01/2007, the COBRA continuation coverage under the Gap Inc. Health Insurance Plan (the Plan) terminates in relation to the following individual(s):

| Plan Name | Participants | *Reason Code |
|---|---|---|
| Delta Dental Plus | David R. Carleton, Marcella Carleton, Amber Carleton, Brandi Carleton | A |
| VSP Supplemental | David R. Carleton, Marcella Carleton, Amber Carleton, Brandi Carleton | A |
| Merit Behavioral Plan | David R. Carleton, Marcella Carleton, Amber Carleton, Brandi Carleton | A |
| UHC PPO Plus Field/HQ/Logistics Exem | David R. Carleton, Marcella Carleton, Amber Carleton, Brandi Carleton | A |

* The **reason codes for termination of COBRA** coverage prior to the end of the COBRA coverage period are as follows:

A. You failed to pay the applicable premium, in full, by the applicable grace date.
B. You voluntarily cancelled COBRA coverage(s).
C. You became entitled to Medicare (Part A, Part B, or both) after the date of your COBRA election.
D. You became covered, after the date of your COBRA election, under another group health plan that does not limit or exclude preexisting conditions as defined by its terms.
E. All of the company's group health plans have terminated.

**In Case of Error or for More Information**
If you believe that the termination date of your COBRA continuation coverage is inaccurate, please notify ADP Benefit Services immediately at the address noted above or call us at 1-800-522-6621. You may have the right to request a review of this termination. Please refer to your Summary Plan Description for further details regarding these rights.

**Right to Convert to an Individual Health Insurance Policy**
Depending on the reason your COBRA coverage is terminating, you may have the right to convert to an individual health insurance policy as provided by the Plan. Eligibility determination, enrollment forms, and other information can be requested through your former employer and/or insurance carrier. Note that if you qualify for the conversion policy, there may be deadlines by which you must submit your application or premium payment. If you are interested in a conversion policy, it is strongly recommended that you contact your former employer or insurance carrier immediately.

Sincerely,
ADP Benefit Services

Page 2 of 2
D:\adp\rpts\temp\{7485C205-A786-4666-8616-B6121D907F0C}.rpt  vMD / CorrLegID: 24,422,474 / COBRNbr: 9999999999 / H_BarNumber: 9999999999 / QCC. 8TWD0111 /: Printed: 03/16/2007 09:56 AM

8TWD 0111 0101

# EXHIBIT 3

ADP Benefit Services
P.O. Box 2998
Alpharetta, GA 30023-2998

04/04/2007

David R. Carleton
3231 ALFONSO DR
CONCORD, CA 94518

Dear David R. Carleton:

ADP Benefit Services has received your correspondence requesting a review of your termination of COBRA continuation coverage.

Review of our records indicates that your COBRA premium for the period of 01/01/2007 - 01/31/2007 was due on 01/01/2007. Under the COBRA regulations, your monthly premium is due on the first of the month subject to at least a 30-day grace period. Treas. Reg. § 54.4980B-8 Q/A 5 states:

* timely payment for a period of COBRA continuation coverage under a group health plan means payment that is made to the plan by the date that is 30 days after the first day of that period.

Consequently, you had until 01/31/2007, to submit your COBRA premium payment for the period of 01/01/2007 - 01/31/2007. ADP Benefit Services does not have a record of receiving your COBRA premium payment postmarked on or before 01/31/2007. Therefore, we cannot approve your request that COBRA continuation coverage be provided based on your request for review.

If you have further information you would wish to provide ADP Benefit Services for review, please forward that information to:

ADP Benefit Services
Attn: Compliance Department
2575 Westside Parkway Suite 500
Alpharetta, GA 30004

Sincerely,

ADP Benefit Services
Gap Inc., Benefits Continuation

Page 1 of 1

# EXHIBIT 4

LAW OFFICES OF

**BAUM & WEEMS**

9 TENAYA LANE

NOVATO, CALIFORNIA 94947

WRITER'S DIRECT TELEPHONE (415) 892-3152

WRITER'S DIRECT FAX: (415) 892-3096

June 19, 2007

Plan Administrator
Gap, Inc.
Benefits Department
901 Cherry Avenue
San Bruno, CA 94066

ADP Benefit Services
P.O. Box 2998
Alpharetta, GA 30023-2998
*by facsimile (770-619-7329) and first-class mail*

    Re:  Reinstatement of Medical Insurance for David Carleton and his family.
    Acct. No.: 8809827
    Beneficiary: David R. Carleton    DOB: 8/31/1959
    Employer:  Gap, Inc.

Dear Sir or Madam:

This office represents David Carleton in connection with the termination of Mr. Carleton's health insurance by ADP Benefits Services ("ADP") and/or the 502 Gap, Inc. Health Insurance Plan (the "Gap Medical Plan").

I write to request that ADP and the Gap Medical Plan immediately reinstate Mr. Carleton's medical coverage, and confirm in writing that it has done so.  In short, ADP advised Mr. Carleton that his insurance coverage was terminated for failure to make a required COBRA premium payment.  In fact, Mrs. Carleton's wife timely mailed the payment, but ADP states that it has no record of receiving it.  Under applicable federal law, the payment was effective when mailed, without regard to whether ADP's files reflect its receipt.

When Mrs. Carleton was advised that ADP claimed not to have received the payment, she immediately mailed a second check by U.S. Express Mail.  Mrs. Carleton also faxed a written Request for Reinstatement to ADP.  ADP has had the matter "under review" since February, 2007.  It has now advised that it has "denied" Mr. Carleton's "appeal," but that a "second level appeal" may be made directly to the Gap Plan Administrator.

You should already be aware of the following facts.

On January 22, 2007, Marcella Carleton (David Carleton's wife)  mailed a check, in the amount of $2080.10.05 to ADP in payment for the January 1, 2007 – January 31, 2007 and February 1, 2007 – February 28, 2007 coverage periods.

On February 2, 2007, Mrs. Carleton went "online" at the ADP  "BeneDirect" website to verify that ADP had credited her January health insurance payment. Not finding the appropriate credit, Mrs. Carleton called ADP.  She was told that ADP had not received her payment, and that she should fax a "Reinstatement Request" to the ADP Compliance Department.

*Gap, Inc., et al.*  Page 2 of 2
June 19, 2007

On February 2, 2007, Mrs. Carleton faxed a Request for Reinstatement to ADP's Compliance Dept.

On February 3, 2007, by US Express Mail, return receipt requested, Mrs. Carleton sent a letter requesting reinstatement of her family's health benefits and another check for the January health coverage premium to ADP's Compliance Dept. She also enclosed payment for The U.S. Post office confirms delivery and receipt of this mailing.

On February 7, 2007, Mrs. Carleton faxed another letter requesting reinstatement of benefits to ADP's Compliance Dept.

On February 12, 2007, Mrs. Carleton talked to "Claudius" in ADP's Compliance Department. Claudius confirmed that on February 5, 2007, ADP had received her request to reinstate the Carleton's health benefits and that the account was "in process."

On June 8, 2007, Attorney Lisa Lawrence, of my office, called ADP and talked to "Danielle." Ms. Lawrence asked if the Carleton's health insurance had been reinstated. Ms. Lawrence referenced the claim by Mr. Carleton's Account number and his date of birth. Danielle said she needed Mr. Carleton's social security number also.

On June 11, 2007, Ms. Lawrence called ADP and again talked to Danielle. She gave Danielle Mr. Carleton's social security number. Danielle informed her that this information could not be given to Ms. Lawrence and that ADP would have to open a case file and refer it to ADP's legal department.

On June 12, 2007, Ms. Lawrence received a telephone call from Sue Zirock, Senior Analyst in ADP's Compliance Department. Ms. Zirock informed her that ADP had denied the Carleton's "first level appeal." She also stated that ADP cannot reinstate benefits, they can only check to see whether payments were received in a timely manner. She advised that the Carleton's could now file a "second level appeal" directly with the Gap Plan Administrator.

As I am certain you can understand, the Eppler family cannot afford to continue with uncertainty regarding their health insurance. Accordingly, I respectfully request that you or your counsel contact me at as soon as possible.

I look forward, with our kind assistance, to a prompt resolution of this matter.

Very truly yours,

Julian M. Baum