1  JULIAN M. BAUM (CA State Bar No. 130892)
   ROBERT C. WEEMS
2  BAUM & WEEMS
3  9 Tenaya Lane
   Novato, California 94947
4  Telephone: (415) 892-3152
   Facsimile: (415) 892-3096
5
6  Attorneys for Plaintiff

7

8                           UNTIED STATES DISTRICT COURT
9                          NORTHERN DISTRICT OF CALIFORNIA
10                             (SAN FRANCISCO DIVISION)
11

12 | DAVID CARLETON, an individual, | ) | Case No. C07-03299 WHA |
|---|---|---|
| Plaintiff, | ) ) | DECLARATION OF MARCELLA CARLETON |
| v. | ) ) | |
| 502 GAP, INC. HEALTH INSURANCE PLAN and THE GAP, INC., in its capacity as Plan Administrator, | ) ) ) ) | Judge:   Hon. William H. Alsup
Time:    8:00 AM
Date:    August 9, 2007
Ct. Rm.: 9
19th Fl., 450 Golden Gate Ave.
San Francisco, CA |
| Defendants. | ) | |

---

Carleton Decl.                            1                Carleton v. 502 Gap, Inc., No. C07-03299

**Marcella Carleton**
3231 Alfonso Drive
Concord, CA 94518

While my husband, David R. Carleton, was employed by The Gap, Inc., he and I, and our two daughters had medical, dental, vision, life and LTD insurance under The Gap, Inc. Health Insurance Plan ("The Gap Medical Plan"). When David became disabled The Gap paid our premium and continued employee level insurance until he was terminated. Then we received a letter from ADP Benefits offering COBRA continuation insurance which we accepted. I made our monthly payments for this coverage, as instructed by ADP Benefit Services ("ADP").

On January 22, 2007, I mailed check number 630 drawn from my account at Washington Mutual Bank, in the amount of $2080.10 to ADP in payment for the January 1, 2007 through January 31, 2007 and February 1, 2007 through February 28, 2007 coverage periods. The envelope in which I mailed the check was addressed to ADP with postage fully prepaid. I mailed it from Concord, California. I also wrote our Cobra Account number on the bottom of the check. I understand that I was required to mail the payment for January coverage by January 31, 2007, and the payment for February coverage by March 2, 2007.

On February 2, 2007, I checked the ADP "Ben Direct" website to make sure that ADP had credited my payment. I did not see my payment credited, and so I called ADP. I was told ADP had not received my payment and our file was in the Compliance Department for reinstatement evaluation. I offered to pay the premium via the internet or by Federal Express or overnight mail and was informed ADP would not accept a payment. I was advised to fax a "Reinstatement Request" to the ADP Compliance Department.

On February 2, 2007, I faxed a Request for Reinstatement to ADP's Compliance Department.

On February 3, 2007, by US Express Mail, return receipt requested, I sent a letter requesting reinstatement of my family's health benefits and another check to ADP's Compliance Department.

On February 7, 2007, I faxed another letter requesting reinstatement of benefits to ADP's Compliance Department.

On February 12, 2007, I talked to "Claudius" an ADP's representative. He confirmed that on February 5, 2007, ADP had received my request for reinstatement and that the account was "in process."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 4, 2007

_Marcella Carleton_
Marcella Carleton