JULIAN M. BAUM (CA State Bar No. 130892)
ROBERT C. WEEMS
BAUM & WEEMS
9 Tenaya Lane
Novato, California 94947
Telephone: (415) 892-3152
Facsimile: (415) 892-3096

Attorneys for Plaintiff

UNTIED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| DAVID CARLETON, an individual, | Case No. C07-03299 WHA |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | Summons, Complaint, Motion for Judgment, Etc. |
| 502 GAP, INC. HEALTH INSURANCE PLAN and THE GAP, INC., in its capacity as Plan Administrator, | Judge: Hon. William H. Alsup<br>Time: 8:00 AM<br>Date: August 9, 2007<br>Ct. Rm.: 9<br>19th Fl., 450 Golden Gate Ave.<br>San Francisco, CA |
| Defendants. | |

///

1  I, Robert C. Weems, hereby declare, as follows:

2      I am employed in the County of Marin; my business address is 9 Tanya Lane, Novato,
3  California 94947. I am over the age of 18 and not a party to this action. On July 5, 2007, I cause
4  to be served by hand on defendants documents as reflected in the attached proof of service and
5  proof of mailing.

6      I declare the foregoing to be true and correct under penalty of perjury under the laws of
7  the United States. Executed July 27, 2007, at Fairfax, California.

                                            ROBERT C. WEEMS

| Attorney or Party without Attorney:<br>ROBERT C. WEEMS<br>BAUM & WEEMS<br>751 CENTER BLVD<br>FAIR-ANSELM PLAZA, 2ND FL<br>FAIRFAX, CA 94930<br><br>Attorney for: Plaintiff | Telephone No.:<br>(415) 259-0294<br><br><br>Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT |
|---|

| Plaintiff: DAVID CARLETON, et al.<br>Defendant: 502 GAP, INC., et al. |
|---|

| PROOF OF SERVICE<br>(Summons And Complaint) | Hearing Date: | Time: | Dept/Div | Case Number:<br>C07-03299 |
|---|---|---|---|---|

1. At the time of service I was at least 18 Years of age and not a party to this action.

2. **I served copies** of the:
   Summons And Complaint; Adr Info Package, Motion For Judgment, Declaration Of Robert C. Weems, Declaration Of David Carleton

3. a. Party Served:             GAP, INC. HEALTH INSURANCE PLAN and THE GAP, INC. in its capacity as Plan Administrator (Defendant)

   b. Person Served:            party in item 3.a.

4. Address where the party was served:  901 CHERRY AVENUE
                                         SAN BRUNO, CA 94066

5. I served the party:
   b. **by substituted service** on: Thu, Jul. 05, 2007 at: 4:06PM I left the documents listed in item 2 with or in the presence of:
       CARLOS SALINAS, SECURITY GUARD
   **(1) (business)** Authorized to Accept. I informed him or her of the general nature of the papers.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant.

7. Person who served the papers:
   a. BETHUEL BURROLA
   b. D & T SERVICES, LTD.
      2146 N. Main Street, Suite A
      P.O. Box 5383
      Walnut Creek, CA 94596
   c. (925) 947-1221

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for service was: $109.00
   e. I am: (3) Registered California process server.
       (i) Independent Contractor
       (ii) Registration No.: 368
       (iii) County: SAN MATEO

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Jul. 06, 2007

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev Jan. 01, 2007                PROOF OF SERVICE            (BETHUEL BURROLA)              WEEMS.110304

| Attorney or Party without Attorney:<br>ROBERT C. WEEMS<br>BAUM & WEEMS<br>751 CENTER BLVD<br>FAIR-ANSELM PLAZA, 2ND FL<br>FAIRFAX, CA 94930 | Telephone No.:<br>(415) 259-0294 | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT | | |
| Plaintiff: DAVID CARLETON, et al.<br>Defendant: 502 GAP, INC., et al. | | |
| PROOF OF MAILING<br>(Summons And Complaint) | Hearing Date: | Time: | Dept/Div | Case Number:<br>C07-03299 |

1. At the time of service I was at least 18 Years of age and not a party to this action.

2. **I served copies** of the:
   Summons And Complaint; Adr Info Package, Motion For Judgment, Declaration Of Robert C. Weems, Declaration Of David Carleton

3. a. Party Served:    GAP, INC. HEALTH INSURANCE PLAN and THE GAP, INC. in its capacity as Plan Administrator (Defendant)

   b. Person Served:    party in item 3.a.

4. Address where the party was served:    901 CHERRY AVENUE
   SAN BRUNO, CA 94066

5. I served the party:
   (4) I thereafter mailed (by first-class, postage prepaid), copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the documents on: Fri, Jul. 06, 2007 from: Walnut Creek CA

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant.

7. Person who served the papers:
   a. JEREMY PROCTOR
   b. **D & T SERVICES, LTD.**
      2146 N. Main Street, Suite A
      P.O. Box 5383
      Walnut Creek, CA 94596
   c. (925) 947-1221

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. **The Fee for service was:** $109.00
   e. I am: (3) Registered California process server.
      (i) Independent Contractor
      (ii) Registration No.: 620
      (iii) County: CONTRA COSTA

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Jul. 06, 2007

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev Jan. 01, 2007

PROOF OF MAILING    (JEREMY PROCTOR)    WEEMS.110304