IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID CARLETON,

        Plaintiff,

  v.

502 GAP, INC. HEALTH INSURANCE PLAN,

        Defendant.
                                /

No. C 07-03299 WHA

**CLERK'S NOTICE RESCHEDULING HEARING**

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

     YOU ARE NOTIFIED THAT the Motion for Judgment previously set for August 9, 2007 at 8:00 a.m. has been rescheduled for **August 16, 2007 at 2:00 p.m.**, before the Honorable William Alsup.  Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:  July 31, 2007                            FOR THE COURT,

                                                  Richard W. Wieking, Clerk

                                                  By: _____
                                                     Dawn Toland
                                                     Courtroom Deputy to the
                                                     Honorable William Alsup

**United States District Court**
For the Northern District of California