1  DONALD P. SULLIVAN, State Bar No. 191080
   CHRISTOPHER M. AHEARN, State Bar No. 239089
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001

5  Attorneys for Defendants
   GAP, INC. HEALTH INSURANCE PLAN, and THE
6  GAP, INC.

7

8

9                     UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12

13

14 | DAVID CARLETON,                          | Case No.: C 07-3299 WHA
15 |                 Plaintiff,                | **DECLARATION OF NEAL EVANS IN SUPPORT OF DEFENDANTS' LOCAL RULE 6-3 MOTION FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS AND TO RESET THE NOTICED HEARING DATE**
16 |      vs.                                  |
17 | 502 GAP, INC. HEALTH INSURANCE PLAN, and THE GAP, INC., in its capacity as Plan Administrator |
18 |                                           |
19 |                 Defendants.               |

20       I, Neal Evans, declare:

21       1.       I make this Declaration in support of the Local Rule 6-3 Motion for Additional

22 Time to Respond to Plaintiff's Motion for Judgment on the Pleadings by Defendants Gap, Inc.

23 Health Insurance Plan (the "Plan") and The Gap, Inc. (the "Gap"). The following facts are within

24 my personal knowledge and, if called as a witness, I would and could testify competently thereto.

25       2.       I am a current employee of the Gap, and my position title is Director of Health and

26 Welfare Benefits. I have held this position since June 25, 2007. In my position, I am familiar

27 with the Gap's record keeping practices for documents related to the Plan. Attached hereto as

28 Exhibit A is a true and correct copy of a letter from me that was sent by the Gap to David

Carleton on July 23, 2007, requesting the submission of additional information to the Plan Administrator.

3. As of today, August 3, 2007, Mr. Carleton has not submitted the requested additional information to the Plan Administrator. Likewise, the Plan Administrator has not issued a final decision on Mr. Carleton's claim for additional benefits.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 3rd day of August 2007, at San Francisco, California.

_____
Neal Evans

1-SF/7584180.1

**EXHIBIT A**



# Gap Inc.
Gap
Banana Republic
Old Navy

July 23, 2007

David Carleton
3231 Alfonso Drive
Concord, CA 94518

RE: COBRA Coverage Termination

Dear Mr. Carleton:

This letter is in response to the appeal, sent by the law offices of Baum & Weems dated and received June 19, 2007, of the denial of COBRA benefits by ADP dated April 4, 2007.

The Gap Inc. Health Insurance Plan document establishes a Global Benefits Committee for the review of appeals of denied claims. The Global Benefits Committee is requesting, as provided in ERISA regulation §2560.503-1 (i)(1)(i), an extension of 45 days in order for you to provide the Committee with additional evidence of mailing of the January and February COBRA monthly premiums.

Please submit by August 22, 2007 any evidence that you wish the Committee to consider. If you are unable to do so by this date please provide an explanation as to why you will not be able to provide it. Such evidence may include the following:

> Receipt for Federal Express package or US Express Mail, or other proof of delivery, including tracking number for payment sent February 3 referenced in your letter of February 7, 2007.

> The check number of the original payment which you state you sent on January 22, 2007 in the amount of $2,080.10, carbon of check (if carbon checks were used), and a copy of the check register showing check numbers before and after that were cashed and dates those checks were written.

> The check number for the payment sent February 3, 2007, and a copy of the check register showing the check numbers before and after that were cashed and dates those checks were written.

Upon receipt of any additional evidence the Committee expects to finalize our review of your appeal and render a decision by September 6, 2007. Please submit any additional evidence to the following address:

Global Benefits Committee
901 Cherry Avenue
San Bruno, CA 94066

Thank you in advance for your attention to this request.

Regards,

Neal Evans
For The Global Benefits Committee for Gap Inc. Health Insurance Plan

cc: Law Offices of Baum & Weems