1  DONALD P. SULLIVAN, State Bar No. 191080
   CHRISTOPHER M. AHEARN, State Bar No. 239089
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001

5  Attorneys for Defendants
   GAP, INC. HEALTH INSURANCE PLAN, and THE
6  GAP, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11  DAVID CARLETON,                    Case No.:  C 07-3299 WHA

12              Plaintiff,              **DECLARATION OF DONALD P.
                                        SULLIVAN IN SUPPORT OF
13        vs.                           DEFENDANTS' LOCAL RULE 6-3
                                        MOTION FOR ADDITIONAL TIME TO
14  502 GAP, INC. HEALTH INSURANCE      RESPOND TO PLAINTIFF'S MOTION
    PLAN, and THE GAP, INC., in its    FOR JUDGMENT ON THE PLEADINGS
15  capacity as Plan Administrator      AND TO RESET THE NOTICED
                                        HEARING DATE**
16              Defendants.

17

18        I, Donald P. Sullivan declare as follows:

19        1.    I am an associate in the law firm of Morgan, Lewis & Bockius LLP, attorneys for

20  defendants Gap, Inc. Health Insurance Plan ("Plan") and The Gap, Inc. (the "Gap") (collectively,

21  "Defendants").  The statements made in this Declaration are made from my own personal

22  knowledge.  If called to testify to said statements, I could and would testify competently thereto.

23        2.    My firm and I were retained by Defendants on July 25, 2007 to represent them in

24  this action.

25        3.    On July 26, 2007, I telephoned Plaintiff's counsel to request an extension of time

26  to respond to the Complaint.  It was during this conversation that I learned for the first time that a

27  Motion for Judgment on the Pleadings ("Motion") had been filed and allegedly served on

28  Defendants.  After a lengthy discussion about the effectiveness of the service, Plaintiff's counsel

refused to grant Defendants an extension of time to respond to either the Complaint or the Motion.

4. I telephoned Plaintiff's counsel again on Monday, July 31 and Wednesday, August 1, 2007 to discuss the service issue and to establish a time for responding to the Complaint and the Motion. Plaintiff's counsel again refused my requests for additional time to respond to the Complaint and Motion.

5. Defendants have not received any extensions of time in this case. The Court did, however, on its own motion continue the originally noticed hearing date on Plaintiff's Motion from August 9, 2007 to August 16, 2007.

6. Defendants make their request for an order granting them until September 6, 2007 to respond to Plaintiff's Motion, and resetting the hearing on Plaintiff's Motion to September 27, 2007, because they will be substantially prejudiced if the request is not granted for the following reasons. First, by filing and purportedly serving his Motion before the pleadings in this action were closed, Plaintiff violated Federal Rule of Civil Procedure 12(c) and deprived Defendants of time necessary to analyze the legal and factual issues presented in this case. Second, Defendants retained counsel to represent them in this action just last week. Defense counsel needs the additional time if it is to complete its investigation and prepare a meaningful response to Plaintiff's Motion. Third, Plaintiff has not exhausted his administrative remedies. Because the possibility exists that the Plan Administrator might approve Plaintiff's claim, Defendants have been and will continue to be unfairly prejudiced by having to pay counsel to represent them in litigation that is not yet ripe.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct. Executed this 3rd day of August 2007 at San Francisco, California.

                                                        /S/ Donald P. Sullivan

                                                        Donald P. Sullivan

1-SF/7584690.1