DONALD P. SULLIVAN, State Bar No. 191080
CHRISTOPHER M. AHEARN, State Bar No. 239089
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendants
GAP, INC. HEALTH INSURANCE PLAN, and THE GAP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID CARLETON,<br><br>                    Plaintiff,<br><br>    vs.<br><br>502 GAP, INC. HEALTH INSURANCE PLAN, and THE GAP, INC., in its capacity as Plan Administrator<br><br>                    Defendants. | Case No.: C 07-3299 WHA<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANTS' LOCAL RULE 6-3 MOTION FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS AND TO RESET THE NOTICED HEARING DATE |

Defendants Gap, Inc. Health Insurance Plan and The Gap, Inc. have moved this Court pursuant to Local Rules 6-3 and 7-10 for and order granting them until Thursday, September 6, 2007 to respond to Plaintiff's Motion for Judgment on the Pleadings ("Motion"), and resetting the hearing on Plaintiff's Motion from Thursday, August 16, to Thursday, September 27, 2007.

For good cause shown, Defendants Motion is **GRANTED.** Defendants shall have until Thursday, September 6, 2007 to respond to Plaintiff's Motion, and the hearing on Plaintiff's Motion shall be reset from Thursday, August 16, 2007 to Thursday, September 27, 2007 at 8:00 a.m.

**IT IS SO ORDERED.**

Dated: August 13, 2007

_____
The Hon. William H. Alsup
U.S. District Judge

1-SF/7584772.1

[Prop] Order Granting Defendants' Rule 6-3 Motion
(Case No. C 07-3299 WHA)