1   JULIAN M. BAUM (CA State Bar No. 130892)
2   ROBERT C. WEEMS
    BAUM & WEEMS
3   9 Tenaya Lane
    Novato, California 94947
4   Telephone: (415) 892-3152
    Facsimile: (415) 892-3096
5
6   Attorneys for Plaintiff
    David Carleton
7

8

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13   DAVID CARLETON, an individual,      )
                                         )   Case No.  C07-03299 WHA
14          Plaintiff,                    )
                                         )   WITHDRAWAL OF PLAINTIFF'S
15   v.                                   )   MOTION FOR JUDGMENT
                                         )   [Fed. R. Civ. P. 52]
16                                        )
                                         )
17   502 GAP, INC. HEALTH INSURANCE       )
     PLAN and THE GAP, INC., in its capacity as )   Date:  September 27, 2007
18   Plan Administrator,                  )   Time:  8:00 a.m.
                                         )   Courtroom:  Hon. William H. Alsup
19          Defendants.                   )   United States District Judge
                                         )
20                                        )
                                         )
21                                        )
                                         )
22                                        )

23   _____

24          Plaintiff hereby respectfully WITHDRAWS his pending Motion for Judgment,

25   dated  July 5, 2007 (Docket Number 3).  Plaintiff's motion sought reinstatement of plaintiff's

26   health insurance coverage under the defendant 502 Gap, Inc. Health Insurance Plan.  Defendants

27   filed their Answer on August 2, 2007.  On August 28, 2007, defendants notified plaintiff and his

28   counsel that they are reinstating his insurance coverage as requested.

1    The Court has scheduled its initial Case Management Conference to take place on

2   September 27, 2007.  The parties will file their Case Management Conference Statement by

3   September 20, 2007, as required by the Court's local rules, to address the issues remaining in the

4   case, if those issues are not resolved by agreement prior to that date.

5                                                      Respectfully submitted,

6   Dated: August 31, 2007                            JULIAN M. BAUM

7                                                     ROBERT C. WEEMS
                                                      BAUM & WEEMS

8

9                                                          /s/ by Julian M. Baum
                                                     by_____

10                                                      JULIAN M. BAUM
                                                     Attorneys for Plaintiff

11                                                   David Carleton

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28