1  DONALD P. SULLIVAN, State Bar No. 191080
   CHRISTOPHER M. AHEARN, State Bar No. 239089
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001

5  Attorneys for Defendants
   GAP, INC. HEALTH INSURANCE PLAN, and THE
6  GAP, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11  DAVID CARLETON,                    Case No.: C 07-3299 WHA

12          Plaintiff,                 **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE**
13      vs.                            **MANAGEMENT CONFERENCE FROM OCTOBER 11, 2007 TO OCTOBER 25,**
14  502 GAP, INC. HEALTH INSURANCE     **2007, OR THEREAFTER**
    PLAN, and THE GAP, INC., in its
15  capacity as Plan Administrator

16          Defendants.

17

18      WHEREAS, the Clerk of the Court originally scheduled the Initial Case Management

19  Conference in this matter to take place on Thursday, September 27, 2007, at 11:00 a.m.;

20      WHEREAS, on September 7, 2007, the Clerk of the Court notified the parties that it had

21  continued the Initial Case Management Conference on its own motion to Thursday, October 11,

22  2007;

23      WHEREAS, lead counsel for Defendants Gap, Inc. Health Insurance Plan and Gap, Inc.

24  (collectively, "Defendants") will be out of the country on October 11, 2007;

25      WHEREAS, lead Defense counsel's absence from the county on October 11, 2007 has

26  been planned for several months;

27      WHEREAS, lead Defense counsel will not return to the United States until Wednesday,

28  October 17, 2007; and

Stip. to Continue CMC Date
(Case No. C 07-3299 WHA)

WHEREAS, lead Defense counsel must attend the Initial Case Management Conference.

NOW THEREFORE, FOR GOOD CAUSE SHOWN, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The parties respectfully request that the Court continue the Initial Case Management Conference be continued to 11:00 a.m. on Thursday, October 25, 2007, or another time thereafter that is convenient for the Court.

**IT IS SO STIPULATED**:

Dated: September 19, 2007                MORGAN, LEWIS & BOCKIUS LLP

By: _____/S/ Donald P. Sullivan_____
Donald P. Sullivan
Attorneys for Defendants

Dated: September 19, 2007                BAUM & WEEMS

By: _____/S/ Julian M. Baum (as authorized on 9/19/2007_____
Julian M. Baum
Attorneys for Plaintiff

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: September 19, 2007                MORGAN, LEWIS & BOCKIUS LLP

By: _____/S/ Donald P. Sullivan_____
Donald P. Sullivan
Attorneys for Defendants

**[PROPOSED] ORDER**

For GOOD CAUSE shown, the Initial Case Management Conference in this matter is hereby continued to Thursday, October 25, 2007, at 11:00 a.m.

**IT IS SO ORDERED**:

Dated: _____                _____
The Hon. William H. Alsup
United States District Judge

1-SF/7604577.2