**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID CARLETON,

    Plaintiff,

  v.

502 GAP, INC. HEALTH INSURANCE PLAN, and THE GAP, INC., in its capacity as Plan Administrator,

    Defendant.

No. C 07-03299 WHA

**ORDER RESETTING CASE MANAGEMENT CONFERENCE**

    The Court **MOVES** the case management conference to **THURSDAY, SEPTEMBER 27, 2007, AT 3:00 P.M.** Please file a joint case management statement no later than seven days prior to said conference.

    **IT IS SO ORDERED.**

Dated: September 19, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE