1  DONALD P. SULLIVAN, State Bar No. 191080
   MORGAN, LEWIS & BOCKIUS LLP
2  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
3  Tel: 415.442.1000
   Fax: 415.442.1001
4  e-mail: DPSullivan@MorganLewis.Com

5  Attorneys for Defendants
   GAP, INC. HEALTH INSURANCE PLAN, and
6  THE GAP, INC.

7  JULIAN M. BAUM, State Bar No. 130892
   ROBERT C. WEEMS, State Bar No. 148156
8  BAUM & WEEMS
   9 Tenaya Lane
9  Novato, CA 94947
   Tel: 415.892.3152
10 Fax: 415.892.3096
   JBaum20@gmail.com
11
   Attorneys for Plaintiff
12 DAVID CARLETON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CARLETON,<br><br>Plaintiff,<br><br>vs.<br><br>502 GAP, INC. HEALTH INSURANCE PLAN, and THE GAP, INC., in its capacity as Plan Administrator<br><br>Defendants. | Case No.: C 07-3299 WHA<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:    September 27, 2007<br>Time:    3:00 P.M.<br>Judge:   Hon. William Alsup<br>Place:   Courtroom 9, 19th Floor |

Pursuant to Federal Rules of Civil Procedure 16(b) and the Court's March 1, 2007 Standing Order regarding the preparation of Joint Case Management Statements, the parties to the above entitled action jointly submit this case management statement:

1. Jurisdiction and Service:

The parties agree that this Court has subject matter jurisdiction over Plaintiff's claim pursuant to the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §1132(a).

1    All parties are subject to this Court's jurisdiction, and all parties have been served.

2    2.    <u>Facts</u>:

Plaintiff, David Carleton, is a former employee of Defendant Gap, Inc. While he was employed by Gap, Inc., Plaintiff was a participant in the Gap, Inc. Health Insurance Plan ("Plan"). After his employment with Gap, Inc. ended, Plaintiff elected to continue his participation in the Plan by making premium payments pursuant to the provisions of the Consolidated Omnibus Budget Reconciliation Act ("COBRA").

Gap, Inc. terminated Plaintiff's participation in the Plan effective December 31, 2006 because its COBRA Administrator, ADP, did not receive Plaintiff's premium payment by January 31, 2007. Plaintiff requested reinstatement of his and his family's health insurance coverage on the ground that he had timely tendered payment prior to January 31, 2007.

Plaintiff filed suit on June 22, 2007. Defendants answered on August 2, 2007. On August 28, 2007, Defendants notified Plaintiff and his counsel that his health insurance would be reinstated retroactively. Plaintiff's coverage was reinstated on September 17, 2007, according to Defendants' records.

3.    <u>Legal Issues in Dispute</u>:

Whether Plaintiff is entitled to attorneys fees under ERISA and in what amount. The parties have had preliminary discussions and continue to meet and confer on this issue. If they are unable to agree, Plaintiff intends to file a motion for attorneys' fees under ERISA.

4.    <u>Motions</u>:

If the parties are unable to come to agreement on Plaintiff's claim for attorneys' fees under ERISA, Plaintiff intends to bring a motion for attorneys' fees.

5.    <u>Amendment of Pleadings</u>:

The Parties do not anticipate submitting amended pleadings.

6.    <u>Evidence Preservation</u>:

Defendants have produced documents to Plaintiff that Defendants represent to be the complete administrative record.

///

1    7.    Disclosures:

2    Neither party has made initial disclosures.

3    8.    Discovery:

4    No discovery has taken place to date. Defendants have provided Plaintiff with documents

5    that Defendants represent to be an authenticated copy of the administrative record.

6    Plaintiff does not intend to seek discovery.

7    9.    Class Actions:

8    This is not a class action lawsuit.

9    10.    Related Cases:

10    There are no other related cases.

11    11.    Relief:

12    Defendants' records reflect they reinstated Plaintiff's coverage on September 17, 2007

13    retroactive to December 31, 2006. Plaintiff seeks recovery of his attorneys' fees under ERISA.

14    12.    Settlement and ADR:

15    Counsel for Defendants has asked for an attorneys' fees demand. Plaintiff's counsel has

16    promised a demand by Friday, September 21, 2007.

17    The parties do not believe that ADR would be helpful.

18    13.    Consent to Magistrate Judge for All Purposes:

19    Defendants do not consent to the use of a Magistrate Judge for all purposes.

20    14.    Other References:

21    This case is not suitable for binding arbitration, a special master, or the Judicial Panel on

22    Multidistrict Litigation.

23    15.    Narrowing of Issues:

24    N/A

25    16.    Expedited Schedule:

26    The Parties do not contend that this case is the type of case that can be handled on an

27    expedited basis with streamlined procedures.

28    / / /

17. <u>Scheduling</u>:

Defendants' counsel will be out of the country from October 4 through October 17, 2007.

If the parties' meet and confer efforts are unsuccessful, Plaintiff will file his motion for attorneys' fees within 2 weeks of the Case Management Conference or such time as the Court directs.

18. <u>Trial</u>:

A trial will not be necessary because the sole issue in this case can be disposed of by motion.

19. <u>Disclosure of Non-Party Interested Entities or Persons</u>:

None.

20. <u>Other Matters</u>:

None.

Dated: September 20, 2007                BAUM & WEEMS

By: <u>/S/ Robert C. Weems (as authorized on September 20, 2007)</u>
Robert C. Weems
Attorneys for Plaintiff
DAVID CARLETON

Dated: September 20, 2007                MORGAN, LEWIS & BOCKIUS LLP

By: <u>      /S/ Donald P. Sullivan      </u>
Donald P. Sullivan
Attorneys for Defendant
GAP, INC. HEALTH INSURANCE PLAN and GAP, INC.

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: September 20, 2007                MORGAN, LEWIS & BOCKIUS LLP

By: <u>      /S/ Donald P. Sullivan      </u>
Donald P. Sullivan
Attorneys for Defendant
GAP, INC. HEALTH INSURANCE PLAN and GAP, INC.

1-SF/7606467.2