| | |
|---|---|
| 1 | DONALD P. SULLIVAN, State Bar No. 191080 |
| | CHRISTOPHER M. AHEARN, State Bar No. 239089 |
| 2 | MORGAN, LEWIS & BOCKIUS LLP |
| | One Market, Spear Street Tower |
| 3 | San Francisco, CA  94105-1126 |
| | Tel:  415.442.1000 |
| 4 | Fax:  415.442.1001 |
| 5 | Attorneys for Defendants |
| | GAP, INC. HEALTH INSURANCE PLAN, and THE |
| 6 | GAP, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DAVID CARLETON,

               Plaintiff,

   vs.

502 GAP, INC. HEALTH INSURANCE PLAN, and THE GAP, INC., in its capacity as Plan Administrator

               Defendants.

Case No.: C 07-3299 WHA

**NOTICE OF UNAVAILABILITY OF COUNSEL FOR DEFENDANTS GAP, INC. HEALTH INSURANCE PLAN AND THE GAP, INC.**

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE THAT from October 4, 2007 through October 17, 2007, Donald P. Sullivan, counsel for defendants Gap, Inc. Health Insurance Plan and The Gap, Inc., will be unavailable for all purposes regarding the above-referenced matter, including but not limited to receiving notices of any kind, receiving or responding to telephone messages, responding to motions or *ex parte* requests, appearing in court, attending depositions, or attending any other proceedings or actions.  Pursuant to *Tenderloin Housing Clinic v. Sparks* (1992)

///

///

1  8 Cal.App.4th 299 sanctions may be imposed against any party for purposefully scheduling a
2  conflicting proceeding without good cause.

4  Dated: September 27, 2007                    MORGAN, LEWIS & BOCKIUS LLP

                                                By:      /S/ Donald P. Sullivan
                                                    Donald P. Sullivan
                                                    Attorneys for Defendants
                                                    GAP, INC. HEALTH INSURANCE PLAN,
                                                    and THE GAP, INC.