UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>September 27, 2007</u>

Case No.  <u>C 07-03299 WHA</u>

Title: <u>DAVID CARELTON</u>  v. <u>502 GAP, INC</u>

Plaintiff Attorneys: Robert Weems

Defense Attorneys: Donald Sullivan

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Sahar McVickar</u>

**PROCEEDINGS**

1)   <u>CMC - HELD</u>

2)   _____

Complete Initial Disclosures (Rule 26):

Discovery Cutoff:

Designation of Experts:

Last Day to File Motion:


Continued to __ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Trial


**ORDERED AFTER HEARING:**