JULIAN M. BAUM (CA State Bar No. 130892)
ROBERT C. WEEMS
BAUM & WEEMS
9 Tenaya Lane
Novato, California 94947
Telephone: (415) 892-3152
Facsimile: (415) 892-3096

Attorneys for Plaintiff

# UNTIED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| DAVID CARLETON, an individual, ) | Case No.  C07-03299  WHA |
| Plaintiff, ) | NOTICE OF SETTLEMENT |
| v. ) | Judge:  Hon. William H. Alsup |
| ) | Courtroom 9 |
| 502 GAP, INC. HEALTH INSURANCE ) | 19th Fl., 450 Golden Gate Ave. |
| PLAN and THE GAP, INC., in its capacity as ) | San Francisco, CA |
| Plan Administrator, ) | |
| Defendants. ) | |

Plaintiff respectfully wishes to inform the Court that the parties have reached a final settlement, and are awaiting full execution of a settlement agreement. The parties anticipate filing a request for dismissal within 14 days.

DATED: 11-Oct-07                              BAUM & WEEMS



                                              Robert C. Weems