1  DONALD P. SULLIVAN, State Bar No. 191080
   CHRISTOPHER M. AHEARN, State Bar No. 239089
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001

5  Attorneys for Defendants
   GAP, INC. HEALTH INSURANCE PLAN, and THE
6  GAP, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11 | DAVID CARLETON,                    | Case No.: C 07-3299 WHA
12 |            Plaintiff,              | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF CASE WITH PREJUDICE**
13 |     vs.                            |
14 | 502 GAP, INC. HEALTH INSURANCE PLAN, and THE GAP, INC., in its |
15 | capacity as Plan Administrator     |
16 |            Defendants.             |

17     It is hereby stipulated pursuant to Federal Rule of Civil Procedure 41(a)(1) that the above-

18 titled action be discontinued and dismissed with prejudice as to all parties, with each party

19 bearing his, her, or its own fees and costs.

20 Dated: October 2*?*, 2007            BAUM & WEEMS

21                                      By: _____
                                            Julian M. Baum
22                                          Attorneys for Plaintiff

23

24 Dated: October 19, 2007              MORGAN, LEWIS & BOCKIUS LLP

25                                      By: _____
                                            Donald P. Sullivan
26                                          Attorneys for Defendants

27

28

                                        Dismissal with Prejudice and [Prop] Order
                                                   (Case No. C 07-3299 WHA)

**[PROPOSED] ORDER**

The matter of *David Carleton v. 502 Gap, Inc. Health Insurance Plan, and the Gap, Inc.*, United States District Court, Northern District of California, Case No. C 07-3299 WHA is hereby dismissed with prejudice in its entirety as to all parties.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                                                                       The Hon. William Alsup
                                                                                       U.S. District Judge

1-SF/7619545.1