1  DONALD P. SULLIVAN, State Bar No. 191080
   CHRISTOPHER M. AHEARN, State Bar No. 239089
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001

5  Attorneys for Defendants
   GAP, INC. HEALTH INSURANCE PLAN, and THE
6  GAP, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11 DAVID CARLETON,                    Case No.: C 07-3299 WHA

12            Plaintiff,              STIPULATION AND [PROPOSED] ORDER
                                      FOR DISMISSAL OF CASE WITH
13     vs.                            PREJUDICE

14 502 GAP, INC. HEALTH INSURANCE
   PLAN, and THE GAP, INC., in its
15 capacity as Plan Administrator

16           Defendants.

17     It is hereby stipulated pursuant to Federal Rule of Civil Procedure 41(a)(1) that the above-

18 titled action be discontinued and dismissed with prejudice as to all parties, with each party

19 bearing his, her, or its own fees and costs.

20 Dated: October 2?, 2007            BAUM & WEEMS

21                                    By: _____
                                         Julian M. Baum
22                                       Attorneys for Plaintiff

23

24 Dated: October 19, 2007            MORGAN, LEWIS & BOCKIUS LLP

25                                    By: _____
                                         Donald P. Sullivan
26                                       Attorneys for Defendants

27

28

# [PROPOSED] ORDER

The matter of *David Carleton v. 502 Gap, Inc. Health Insurance Plan, and the Gap, Inc.*, United States District Court, Northern District of California, Case No. C 07-3299 WHA is hereby dismissed with prejudice in its entirety as to all parties.

**IT IS SO ORDERED.**

Dated: November 19, 2007

_____
The Hon. William Alsup
U.S. District Judge

1-SF/7619545.1